UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST CALVIN FLENTALL,

    Plaintiff,                                      Case No. 1:10-CV-620

v.                                                   HON. GORDON J. QUIST

J. MILLS, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 5, 2013, Magistrate Judge Ellen S. Carmody issued a Report and Recommendation (docket no. 69) recommending that Defendants' Motions for Summary Judgment (docket nos. 56 & 59) be granted and this case terminated. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).[1] The Court has reviewed the Report and Recommendation, which was served on Plaintiff on February 6, 2013. The Court now adopts the Report and Recommendation as the opinion of the Court. Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (docket no. 69) is **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motions for Summary Judgment (docket nos. 56 & 59) are GRANTED.

A separate judgment will issue. This case is concluded.

Dated: March 1, 2013                                              /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                      UNITED STATES DISTRICT JUDGE

---

[1] The docket report in this case shows that the copy of the Report and Recommendation mailed to Plaintiff was returned to the Clerk's office marked "Return to Sender." It appears that Plaintiff has been moved or paroled. A plaintiff has a continuing obligation to keep the court informed of his current address. *See Prea v. Battaista*, No. 91 Civ. 1171, 1993 WL 97423, at *1 (S.D.N.Y. Mar. 30, 1993). Plaintiff has failed to comply with this obligation.